IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD STEPHENS                                                                                    PLAINTIFF

V.                                             4:25CV00776 JM

HARCROS CHEMICALS, INC. and
i3LOGIX, INC.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of January, 2026.

_____
James M. Moody Jr.
United States District Judge